# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2014

## NO. 03-12-00669-CR

**The State of Texas, Appellant**

**v.**

**Marcus Tyler Scheffield, Appellee**

**APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order entered by the district court suppressing appellee's statements to the New Braunfels Police Department. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the district court's order and remands the case for further proceedings. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.